

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2022

<span style="color:blue">Application GRANTED. The conference is hereby ADJOURNED to July 7, 2022, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #264. SO ORDERED.

*[signature]*

May 25, 2022</span>

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Anthony Greene*, 16 Cr. 675 (JMF)

Dear Judge Furman:

The Government writes, with consent of defense counsel, to request an adjournment of the status conference scheduled for May 26, 2022 in the above-referenced supervised release matter. As the Court knows, the most serious supervised release specifications relate to state crimes committed by the defendant in March 2022, for which the defendant was charged in New York County Criminal Court. The defendant's next court date in the state is June 22. Because the resolution of the state charges will likely affect the resolution of the supervised release specifications, the parties respectfully request that the Court adjourn tomorrow's conference until a date after the defendant's next court date in the state.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Jordan Estes
      Jordan Estes
      Assistant United States Attorney
      Southern District of New York
      (212) 637-2543

Cc: Sam Gregory, Esq. (by email)