*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

<u>**VIA ECF**</u>

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. The conference is hereby ADJOURNED to July 26, 2022, at 2:30 p.m. The Clerk of Court is directed to terminate Doc. #266. SO ORDERED.
>
> [signature]
>
> May 31, 2022

**Re**: <u>United States v. Anthony Greene</u>
Docket # 16 Cr 675 (JMF)

Dear Judge Furman,

    As This Court is aware a conference date was set for Mr. Greene's case scheduled for July 5, 2022. I would like to apologize but I will be away until the week of July 25, 2022 on my non-profit program "Brooklyn to Alaska". I kindly ask that this matter be rescheduled for that week. I conferred with Jordon Estes for the government and she has no objection to this request.

                                                              Respectfully submitted,

By:    <u>*/s/Samuel Gregory//*</u>
          Samuel Gregory, Esq
          Attorney for defendant
          16 Court Street, Suite 3500
          Brooklyn, New York 11201

          *Attorney for Anthony Greene*

Cc: The Hon. Judge Furman (by ECF)
Clerk of Court (JMF) (by ECF)
AUSA Estes for the Government (by ECF)